AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:21-cr-626 | Date and time warrant executed: 9/13/2021 6:20 AM | Copy of warrant and inventory left with: Residence |
| Inventory made in the presence of: HSI SA J. WALTON, SA BARRACO, SA BRIM |||
| Inventory of the property taken and name of any person(s) seized: See attached Logs |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/13/2021

_Executing officer's signature_

HSI SA V. Gomez
_Printed name and title_



### Return

| | | |
|---|---|---|
| Case No. | Date and time warrant executed: 9/13/21 0625 | Copy of warrant and inventory left with: YANEXI CHIRINOS-GALIEANO |

Inventory made in the presence of: SA WALTON, SA BARRACO, SA BRIM

Inventory of the property taken and name of any person(s) seized:

IPHONE (WHITE)
CRICKET CELL PHONE
SAMSUNG CELLPHONE
MISCELLANEOUS DOCUMENTS
DRUG PARAPHERNALIA
GOOGLE CELLPHONE
HONDURAN PASSPORT (G507241)
T-MOBILE CELLPHONE
SAMSUNG CELLPHONE
US CURRENCY

← NO FURTHER →

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

Executing officer's signature

HSI SA V. Gomez
Printed name and title

11/9/2020
3:41 PM

# SEARCH WARRANT INVENTORY

LOCATION 2215 Hayne St., Lot #41, Sherwood Mobile Home Park, Charleston, SC 29406

| ITEM | DESCRIPTION | LOCATION | TIME | FOUND BY |
|---|---|---|---|---|
| 1 | IPHONE (WHITE) | Room D | 0700 | Brim/Moody |
| 2 | Cricket Cell Phone | Room D | 0700 | Brim/Moody |
| 3 | Samsung Cell Phone | Room D | 0700 | Brim/Moody |
| 4 | Misc. Documents | Room D | 0700 | Brim/Moody |
| 5 | Drug Paraphernalia | Room D | 0700 | Brim/Moody |
| 6 | Google Pixel (Returned 9/14/21) | Room B | 0700 | Brim/Moody |
| 7 | Honduran Passport | Toyota Scion | 0700 | Caines/Balsaro |
| 8 | T-Mobile Cell Phone | Room B | 0700 | Brim/Moody |
| 9 | Samsung Cell Phone | Room B | 0700 | Brim/Moody |
| 10 | US Currency | Room B | 0700 | Brim/Moody |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |